Decided November 4, 1943.

PER CURIAM.—Relator's petition for writ of mandate is denied.

*Mr. Edmond G. Toomey,* for Relator.

No. 8478. STATE EX REL. MARY F. CROGHAN, RELATRIX, v. DISTRICT COURT AND HON. C. E. COMER, JUDGE THEREOF, RESPONDENTS.

Decided November 23, 1943.

PER CURIAM.—The writ prayed for is denied.

*Messrs. H. O. Vralsted* and *William F. Shallenberger,* for Relatrix.

No. 8485. STATE EX REL. CHARLES GUTMAN, RELATOR, v. DISTRICT COURT OF FLATHEAD COUNTY AND HON. DEAN KING, JUDGE THEREOF, ET AL., RESPONDENTS.

Decided November 26, 1943.

PER CURIAM.—The writ applied for is hereby denied.

*Messrs. T. W. Greer* and *James B. O'Flynn* for Relator.

No. 8484.   STATE ex Rel. H. G. TODD, as TREASURER of the TOWN of RYEGATE, MONTANA, et al., RELATORS, *v.* DISTRICT COURT for the COUNTY of VALLEY, and HON. GEORGE W. PADBURY, Jr., Judge Presiding, Respondents.

Decided December 8, 1943.

PER CURIAM.—The writ applied for herein is denied.

*Mr. G. J. Jeffries,* for Relator.

NO. 8492.   STATE ex Rel. C. W. ROBISON, Relator, *v.* DISTRICT COURT for the COUNTY of FERGUS and R. M. HATTERSLEY, Judge Presiding, Respondents.

Decided December 23, 1943.